IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



ELEKTRA ENTERTAINMENT
GROUP, INC.; UMG RECORDINGS
INC.; ARISTA RECORDS, LLC;
PRIORITY RECORDS, LLC, and
SONY BMG MUSIC ENTERTAINMENT,

    Plaintiffs,

vs.

ROBERT BRIMLEY,

    Defendant.

CIVIL ACTION NO.: CV205-134

## ORDER

Plaintiffs have filed a Motion to Compel Discovery. They assert that Defendant has failed to respond to Interrogatories, Requests for Production of Documents, and Requests for Admissions that were served upon Defendant on January 17, 2006. Additionally, Plaintiffs assert that Defendant has failed to make the required Rule 26(f) disclosures. Defendant did not respond to Plaintiffs' motion. By Order dated May 15, 2006, the Court directed Defendant, who is proceeding *pro se*, to file a response to Plaintiff's Motion to Compel Discovery, or to otherwise inform the court of his decision not to object to Plaintiffs' Motion to Compel Discovery within twenty (20) days of the date of that Order. Defendant was instructed that if he did not timely respond to Plaintiffs' motion, the Court would determine that there is no opposition to the motion and grant the motion as unopposed. Defendant has filed no response to the Motion to Compel or the Court's May 15, 2006 Order. Accordingly, Plaintiffs' unopposed Motion to Compel is **GRANTED**. Within ten (10) days of the date of this Order, Defendant shall serve responses to

AO 72A
(Rev. 8/82)

Plaintiffs' Interrogatories, Requests for Production of Documents, and Requests for Admissions. Further, Defendant shall also serve the initial disclosures required by Federal Rule of Civil Procedure 26 within ten (10) days of the date of this Order.

**SO ORDERED**, this 12th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)