AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ELEKTRA ENTERTAINMENT
GROUP, INC., a Delaware Corporation,
etal.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-134

ROBERT BRIMLEY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 15, 2006, granting Plaintiffs' motion for summary judgment; judgment is hereby entered in favor of the Plaintiffs

ELEKTRA ENTERTAINMENT GROUP, INC., UMG RECORDINGS, INC., ARISTA RECORDS LLC, Priority Records LLC and SONY BMG MUSIC ENTERTAINMENT

and against the Defendant ROBERT BRIMLEY in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) statutory damages and TWO HUNDRED FIFTY DOLLARS ($250.00), litigation costs.

August 15, 2006  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03